B. EDMUND DAVID, INC., Appellant, *v.* FIFTH AVENUE THIRTY-FOURTH STREET REALTY CO., INC., Respondent.

(Argued November 20, 1930; decided January 6, 1931.)

*Eugene L. Bondy* for appellant.

*John Kirkland Clark* and *Ganson J. Baldwin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.